IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AARON BLAKE KEISLER,

      Petitioner,

v.                                      CASE NO. 5:13-cv-220-RS-CJK

NICOLE ENGLISH,

      Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 15). A copy of the Magistrate Judge's Report and Recommendation was returned to the Clerk as undeliverable. Doc. 16. It is Plaintiff's responsibility to advise the court of address changes. *See Lewis v. Conners Steel Co.*, 673 F.2d 1240, 1243 (11th Cir. 1982). Accordingly, no objections were filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The petition for writ of habeas corpus (Doc. 1), filed under 28 U.S.C § 2241, is **DISMISSED with prejudice**.

3. The clerk is directed to close the case.

**ORDERED** on August 22, 2014.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**